# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| SAMUEL PIERRE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-154 |
| | * | |
| v. | * | |
| | * | |
| DANIEL GREENWALT, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Samuel Pierre ("Pierre") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court as undeliverable, with the notations: "Return to Sender: No Longer Here 2/16" and "Return to Sender, No Mail Receptacle, Unable to Forward." Dkt. No. 8, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Pierre's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, **GRANTS as**

AO 72A
(Rev. 8/82)

unopposed Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Pierre *in forma pauperis* status on appeal.

**SO ORDERED**, this ___23___ day of ___February___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA